No. 60964.—Sandoz Chemical Works, Inc. v. United States, protest 285044–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Ekaline, which product is not obtained from any oil, fat, or fatty acid described in the Internal Revenue Code, but is derived in part from sperm oil, which is not covered by the statute, the claim of the plaintiff was sustained.

No. 60965.—Caracul Fur Co. et al. v. United States, protests 852509–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

No. 60966.—Brenner Bros. et al. v. United States, protests 883593–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "K" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and the items marked "L" of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.